

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-22-00322-CR

Jonathan David **FLOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 619928
Honorable Timothy Johnson, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Appellant's Reply Brief is hereby GRANTED. The Appellant's Reply Brief is due on or before April 5, 2023. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court